IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| JESUS ROBERTO ALVAREZ | ) | CASE NO. 4-06-00554-JMM |
| FRANCES N. ALVAREZ | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| Debtor(s). | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following unclaimed funds check has been issued to the debtors and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| JESUS AND FRANCES ALVAREZ<br>2097 S. BARNETT ROAD<br>BISBEE, AZ 85603 | $3,235.79 | $3,235.79 |

_____6/3/10_____ /s/ SJK _____
Date Stanley J. Kartchner, Trustee